REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | JAMES MOLINELLI<br>Miscellaneous Clerk | OFFENSE: FRAUDS AND SWINDLES, 18 USC 1341 |
| | | ORIGINAL SENTENCE: THREE (3) YEARS SUPERVISED RELEASE |
| FROM: | BRETT J. HALEM<br>U.S. Probation Officer | SPEC. CONDITIONS: RESTITUTION $8,322.00<br>FINE $1,000.00 |
| | | AUSA: TANYA DAVIS WILSON(MDFL) |
| RE: | YOSI LAPID<br>Docket # 6:05-CR-212-ORL-22KRS | |

07CRIM 377

DATE OF SENTENCE: NOVEMBER 6, 2006

DATE: April 23, 2007

ATTACHMENTS:   PSI   JUDGMENT   PREVIOUS REPORTS
                       VIOLATION  PETITION

REQUEST FOR:   WARRANT____   SUMMON ____   COURT DIRECTION  X

**TRANSFER OF JURISDICTION**

Reference is made to the above-mentioned offender who, on November 6, 2006, was sentenced by the Honorable Anne C. Conway, U.S. District Judge, Middle District of Florida as indicated above.

On November 6, 2006, the offender began his supervised release term in this district due to his residency in the Southern District of New York.

The purpose of this correspondence is to request that jurisdiction be transferred to Southern District of New York. On March 26, 2007, the Honorable Anne C. Conway, USDJ, MDFL, agreed to a transfer of jurisdiction and executed Probation Form 22(attached).

In light of the aforementioned circumstances, we are requesting jurisdiction be transferred to this district.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 3 2007

                                                                             Respectfully submitted,

                                                                             Brett J. Halem
                                                                             U.S. Probation Officer
                                                                             (212)805-5121

Approved By: _____ 4/24/07
                    Paul Wodeshick     Date
                    Supervising U.S. Probation Officer